**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WASHINGTON MUTUAL BANK**
**Plaintiff**

**VS.** **C.A. No. 06-116 ML**

**STASIA J. TAYLOR, et al**
**Defendants**

**ANSWER OF DEFENDANT, BANK OF AMERICA**

**First Defense**

1. Defendant Bank of America is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 10 of Plaintiff's Complaint.

**Second Defense**

2. Defendant Bank of America has an interest in the surplus proceeds of $37,488.00 by virtue of its judgment levy against the interest of Carol Taylor in said real property at 480 Annaquatucket Road, North Kingstown, Rhode Island. Defendant is presently owed the sum of $15,425.56, plus interest from December 1999.

WHEREFORE, Defendant Bank of America prays that it recover the sum of $15,425.56, plus interest, from said surplus proceeds.

Defendant Bank of America
By Its Attorneys,
WINOGRAD, SHINE & ZACKS, P.C.

By ______________________________

E. Martin Stutchfield, Bar Code 1985
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street, Providence, RI 02903
(401) 273-8300; FAX (401) 273-2235

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, I mailed a copy of the within Answer to the following:

Mark L. Smith, Esq.
Park Square Place
176 Eddie Dowling Hwy. Ste. 101
N. Smithfield, RI 02896

Ms. Stasia J. Taylor
c/o Wyatt Brochu, Esq.
29 Centerville Road
Warwick, RI 02886

United States of America, IRS
25 New Sudbury Street
Stop 20800
Boston, MA 02203

Bernard Lemos, Esq.
Tax Administrator, State of RI
Division of Legal Services
One Capitol Hill
Providence, RI 02908-5890

______________________________

99-0998