DPM:kz 06-161 5-16-06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA, Successor in Interest to HOMESIDE LENDING, INC., f/k/a BANCBOSTON MORTGAGE CORPORATION | : | |
| VS. | : | C.A. No.: 2006-116 ML |
| STASIA J. TAYLOR, by and her duly appointed legal guardian, WYATT A. BROCHU, BANK OF AMERICA, N.A., UNITED STATES OF AMERICA, and STATE OF RHODE ISLAND DIVISION OF TAXATION | : | |

# ENTRY OF APPEARANCE

NOW COMES the undersigned and hereby enters his appearance in the above entitled matter for the Defendant, Wyatt A. Brochu, Legal Guardian for Stasia J. Taylor.

Defendant Wyatt A. Brochu,
By and Through His Attorney,

***McKiernan Thompson & Millea***

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
Tel: (401) 223-1400
Fax: (401) 223-1401

# PROOF OF SERVICE

I hereby certify that on this 17th day of May, 2006, I served a copy of the within ***Answer*** upon **Mark L. Smith**, Law Offices of Mark L. Smith, Park Place Square, 176 Eddie Dowling Highway, Suite 101, North Smithfield, RI 02896; **Eve Martin Stutchfield, Esquire**, Winograd, Shine & Zacks, 123 Dyer Street, Providence, RI 02903; **United States of America**, Internal Revenue Service, Stop 20800, Boston, MA 02203; **Bernard J. Lemos, Esquire**, R.I. Division of Legal Services, One Capitol Hill, Providence, RI 02908 by mailing a copy of same to them at their usual place of business as hereinabove set forth.

*McKiernan Thompson & Millea*