DPM:kz 06-161 5-16-06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA, Successor in Interest to HOMESIDE LENDING, INC., f/k/a BANCBOSTON MORTGAGE CORPORATION | : | |
| VS. | : | C.A. No.: 2006-116 ML |
| STASIA J. TAYLOR, by and her duly appointed legal guardian, WYATT A. BROCHU, BANK OF AMERICA, N.A., UNITED STATES OF AMERICA, and STATE OF RHODE ISLAND DIVISION OF TAXATION | : | |

## DEFENDANT, WYATT A. BROCHU'S ANSWER TO PLAINTIFFS' COMPLAINT

NOW COMES, Wyatt A. Brochu, Legal Guardian for Stasia J. Taylor, a named Defendant, by and through his attorney, to answer the complaint of the Plaintiff, Washington Mutual Bank f/k/a Washington Mutual Bank, FA as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.
2. The allegations in this paragraph are admitted.
3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.
4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.
5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.
6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiff to its proof.

**WHEREFORE**, the Defendant prays that:

1. Plaintiff be allowed to utilize the interpleader procedures depositing monies in this court, but that Plaintiff be obligated the facts alleged in its complaint specifically the adequacy of the sum Plaintiff seeks to deposit in court;

2. That all defendants with alleged interests, in the amount deposited, be required to interplead and litigate his/her/its right or claim to said foreclosure surplus;

3. That this defendant be awarded costs, interests and attorney's fees in connection with the instant litigation;

4. That a judgment be entered by this court defining the rights and obligations in the alleged surplus;

5. Such other relief as this court deems just and appropriate under the circumstances.

Defendant Wyatt A. Brochu,
By and Through His Attorney,

***McKiernan Thompson & Millea***

Daniel P. McKiernan, Esquire (#4705)
243 North Main Street
Providence, RI 02903
Tel: (401) 223-1400
Fax: (401) 223-1401

# PROOF OF SERVICE

I hereby certify that on this 17th day of May, 2006, I served a copy of the within ***Answer*** upon **Mark L. Smith**, Law Offices of Mark L. Smith, Park Place Square, 176 Eddie Dowling Highway, Suite 101, North Smithfield, RI 02896; **Eve Martin Stutchfield, Esquire**, Winograd, Shine & Zacks, 123 Dyer Street, Providence, RI 02903; **United States of America**, Internal Revenue Service, Stop 20800, Boston, MA 02203; **Bernard J. Lemos, Esquire**, R.I. Division of Legal Services, One Capitol Hill, Providence, RI 02908 by mailing a copy of same to them at their usual place of business as hereinabove set forth.

***McKiernan Thompson & Millea***