UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WASHINGTON MUTUAL BANK, f/k/a WASHINGTON MUTUAL BANK, FA, Successor in Interest to HOMESIDE LENDING, INC., f/k/a BANCBOSTON MORTGAGE CORPORATION | ) |
| vs. | ) C. A. NO. 06-116ML |
| STASIA J. TAYLOR, by and through her duly appointed legal guardian, WYATT A. BROCHU, BANK OF AMERICA, N.A., UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and STATE OF RHODE ISLAND DIVISION OF TAXATION | ) |

**DISCLAIMER OF INTEREST**

Now comes the United States of America, on behalf of its agency the Internal Revenue Service, by and through its attorneys, and states that it claims no interest in the funds which are the subject of the above-referenced interpleader action.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401)709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2006, a true copy of the within Disclaimer of Interest was sent, postage prepaid, mail to:

Mark L. Smith, Esq.
Park Square Place
176 Eddie Dowling Highway
Suite 101
North Smithfield, RI 02896

Linda A. [signature]