RECEIVED

JUN 16 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
JUDICIAL DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK, f/k/a WASHINGTON MUTUAL BANK, FA, Successor in Interest to HOMESIDE LENDING, INC., f/k/a BANCBOSTON MORTGAGE CORPORATION<br>Plaintiff, | ) | |
| vs. | ) | C. A. No. 06-116ML |
| STASIA TAYLOR, by and through her duly appointed legal guardian, WYATT A. BROCHU, BANK OF AMERICA, N.A, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and STATE OF RHODE ISLAND, DIVISION OF TAXATION<br>Defendants | ) | |

<u>DISCLAIMER OF INTEREST REGARDING ESTATE TAX DUE UNDER R.I. Gen. Laws § 44-22-1</u>

Now comes the State of Rhode Island, Division of Taxation, by and through its undersigned counsel of record, and respectfully states and avers that it claims no interest in the funds which are the subject of the above-referenced Inter-pleader Action.

Enter: Mary M. Lisi USDJ 6/19/06

STATE OF RHODE ISLAND, DIVISION
OF TAXATION, Defendant,

By its Attorney of Record,

BERNARD J. LEMOS, ESQ. (#2837)
Senior Legal Counsel
Department of Administration
One Capitol Hill-4th floor
Providence, R.. I. 02908-5800
Phone (401) 222-6271
Fax (401) 222-8244

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 14th day of June, 2006, served a copy of the within Disclaimer of Interest on the individuals and party representatives listed below, by first class mail, postage prepaid, at the addresses indicated:

Robert Clark Corrente, Esq. U.S. Attorney
Michael Iannotti, Esq., Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, R. I. 02903

Mark L. Smith, Esq.
Law Offices of Mark L. Smith..
Park Place Square,
176 Eddie Dowling Highway, Suite 101,
North Smithfield, R. I. 02896

Eve Martin Stuchfield, Esq.
Winograd, Shine & Zacks,
123 Dyer Street,
Providence, R. I. 02903

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street,
Providence, R.I. 02903