UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA, Successor in Interest to HOMESIDE LENDING, INC., f/k/a BANCBOSTON MORTGAGE CORPORATION

VS. C.A.NO. PC 06-2006-116 ML

STASIA J. TAYLOR, by and Her duly appointed legal guardian, ~~WYATT A. BROCHU,~~ BANK OF AMERICA, N.A., UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, And STATE OF RHODE ISLAND DIVISION OF TAXATION

Enter: Mary M. Lisi USDJ 9/19/06

**STIPULATION OF JUDGMENT**

By agreement of the parties, the following entry may be made:

Judgment shall enter in the above-entitled matter as follows:

1. 1. The plaintiff shall pay to the defendant, BANK OF AMERICA, N.A., the net sum of Twenty-Seven Thousand Six Hundred Seventy-Three Dollars and Thirty-Six Cents ($27,673.36), in full satisfaction of that certain execution in its favor in the matter entitled "BANK OF AMERICA. N.A. V. CAROL A. TAYLOR", docketed in the Washington County Superior Court as Civil Action Number WC1999-0452;

2. The plaintiff shall pay to the defendant, STASIA J. TAYLOR, by and through her duly appointed legal guardian, WYATT A. BROCHU, the net sum of Eight Thousand Six Hundred Fifty-Five Dollars and Sixty-Five Cents ($8,655.65), exclusive of interest;

3. The plaintiff is entitled to deduct from the foreclosure proceeds its costs and reasonable attorney's fees in brining this interpleader and, as such, the plaintiff shall retain the sum of One Thousand One Hundred Fifty-Nine Dollars ($1,159.00) in reimbursement of its reasonable attorney's fees, expenses and costs incurred in bringing this interpleader complaint;

4. The defendants are temporarily and permanently restrained and enjoined from instituting or prosecuting further action or proceeding against the plaintiff in any Court regarding the foreclosure surplus;

5. That the plaintiff is hereby discharged from all liability to anyone in the count of said foreclosure surplus proceeds disbursed according to this judgment;

6. That the defendant, STASIA J. TAYLOR, and her guardian, WYATT BROCHU, are hereby discharged from all liability to any party to this action, including but not limited to the plaintiff, WASHINGTON MUTUAL BANK, et al., by virtue of the mortgage which is the subject matter of this litigation, and the defendant, BANK OF AMERICA, by virtue of the execution referred to hereinabove.

7. The defendant herein waive any and all rights which they may have to post judgment relief, including but not limited to their right to appeal this judgment.

STASIA J. TAYLOR ~~By and through her~~
Duly Appointed Guardian, WYATT BROCHU
Defendant
By their attorney,

Daniel P. McKiernan
Daniel P. McKiernan (#4705)
McKIERNAN, THOMPSON & MILLEA
243 North Main Street
Providence, RI 02903
Telephone: (401) 223-1400
Facsimile: (401) 223-1401
DATED: 9/5/06

~~WASHINGTON MUTUAL BANK~~,
FA, Successor in Interest to
WASHINGTON MUTUAL HOME
LOANS, INC., Successor by Merger
to FLEET MORTGAGE CORP.
f/k/a FLEET REAL ESTATE
FUNDING CORP.
Plaintiff
By its attorney,

Mark L. Smith by
Lynn A. Kapiskas (#3921)
Mark L. Smith (#0676)
Park Square Place
176 Eddie Dowling Highway
Suite 101
No. Smithfield, RI 02896
Telephone: (401) 769-4120
Facsimile: (401) 597-0997
DATED: 8/12/06

BANK OF AMERICA, N.A.
Defendant
By its attorney,

9/7/06
E. Martin Stutchfield (#1985)
WINOGRAD, SHINE & ZACKS, P.C.

C:\s&k\negron – stipulation of judgment

123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 273-2235
DATED: 9/6/06